In the Matter of DAVID M. DUNNING, JR., Respondent, against ALFRED E. TURNER, as City Manager of the City of Auburn, Appellant.

Submitted November 22, 1955; decided December 28, 1955.

*Anthony J. Contiguglia, Corporation Counsel,* for appellant.
*George B. Shamon* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.